COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| IN THE INTEREST OF M.A.W., A CHILD. | | No. 08-09-00048-CV |
| | § | |
| | | Appeal from the |
| | § | |
| | | 383rd District Court |
| | § | |
| | | of El Paso County, Texas |
| | § | |
| | | (TC#2007AG7618) |
| | § | |
| | § | |

**MEMORANDUM OPINION**

Pending before the Court is Appellant's motion to dismiss the appeal pursuant to TEX.R.APP.P. 42.1(a)(1). Appellant has complied with the requirements of TEX.R.APP.P. 42.1(a)(1). Having considered the motion, we conclude it should be granted, because no party will be denied relief to which it would otherwise be entitled. Therefore, we grant Appellant's motion to dismiss with costs taxed against the Appellant since there is no agreement otherwise. *See* TEX.R.APP.P. 42.1(d).

GUADALUPE RIVERA, Justice

April 9, 2009

Before Chew, C.J., McClure, and Rivera, JJ.